### STATE of Missouri, Respondent,

v.

### Fredrico LOWE, Appellant.

### No. 49893.

Missouri Court of Appeals, Eastern District, Division Five.

Oct. 29, 1985.

Motion for Rehearing and/or Transfer Denied Dec. 10, 1985.

Application to Transfer Denied Jan. 15, 1986.

Debra A. Buie, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for stealing, in violation of § 570.040, RSMo 1978.

Judgment affirmed. Rule 30.25(b).